UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMANDA N. ARAIZA,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:21-cv-00295 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 14) |

On November 23, 2021, Plaintiff filed stipulation of the parties for a 45-day extension of time to file a motion for summary judgment. (Doc. 14.)  Notably, however, it is unclear if counsel for the Commissioner agreed to the extension, because there is no indication when the signature to the stipulation was authorized.  (*See id.* at 3.)  Thus, the Court construes the request by Plaintiff to be a motion for an extension of time.

Counsel for Plaintiff, Jonathan Pena, seeks an extension from December 27, 2021 to February 10, 2022 to file the opening brief.  (Doc. 14 at 1.)  Mr. Peña reports he "recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts." (*Id.* at 2.)  As a result, he reports he "has a greater than usual number of merit briefs due in December 2021," including two administrative hearings and "eight merits briefs due the weeks of December 20, 2021 and December 27, 2021."  (*Id.* at 2.)  Further, Mr. Pena "has end of year business reviews to conduct as the CEO of Peña & Bromberg, PC." (*Id.*)

Notably, though counsel has identified his workload through the current filing deadline, it is unclear why an extension until February 10, 2022 is necessary. There is no information regarding his workload in the month of January, such as the number of briefs or administrative hearings anticipated during the month of January. Accordingly, it appears an extension of thirty days is appropriate and sufficient to address counsel's workload through the remainder of the year.

Based upon the information provided, the Court **ORDERS**:

1. The request for an extension of time (Doc. 14) is **GRANTED IN PART**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **January 26, 2022**.

IT IS SO ORDERED.

Dated:   **November 28, 2021**                            **/s/ Jennifer L. Thurston**
                                                         CHIEF UNITED STATES MAGISTRATE JUDGE