**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMANDA N. ARAIZA, | Case No.: 1:21-cv-0295 JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | (Doc. 17) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff filed a stipulation of the parties for an extension of time to February 26, 2022 to file a motion for summary judgment. (Doc. 17.) Plaintiff's counsel reports the additional extension is necessary due his workload, which includes 25 merits briefs due in the month of January. (*Id.* at 2.) Notably, it does not appear either party will suffer prejudice from the extension, and the Commissioner does not oppose the request. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 17) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **February 26, 2022**.

IT IS SO ORDERED.

Dated:   **December 17, 2021**          _ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE